Chalas v Grass Roots Kitchen, LLC (2024 NY Slip Op 00127)

Chalas v Grass Roots Kitchen, LLC

2024 NY Slip Op 00127

Decided on January 11, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 11, 2024

Before: Renwick, P.J., Manzanet-Daniels, González, Rodriguez, Pitt-Burke, JJ. 

Index No. 24402/20 Appeal No. 1415 Case No. 2023-02500 

[*1]Jose Starly Acosta Chalas, Plaintiff-Respondent,
v
Grass Roots Kitchen, LLC, et al., Defendants-Appellants.

Methfessel & Werbel, New York (Fredric P. Gallin of counsel), for appellants.
Michael H. Zhu, P.C., New York (Michael H. Zhu of counsel), for respondent.

Order, Supreme Court, Bronx County (Alison Y. Tuitt, J.) entered April 11, 2023, which denied defendants motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.
This personal injury action stems from plaintiff's slip and fall on a greasy substance on the floor of the walk-in refrigerator of the restaurant operated by defendant Grass Roots Kitchen and located in the building owned by defendant Wildey Group LLC. Defendants failed to establish prima facie that they neither created nor had actual or constructive notice of the alleged hazardous condition (see Nugent v 1235 Concourse Tenants Corp., 83 AD3d 532 [1st Dept 2011]). Defendants did not present evidence providing details regarding the last cleaning and inspection of the area before plaintiff's fall and failed to produce the witness who could testify as to those details and who was present in the restaurant at the time the accident occurred (see e.g. Porco v Marshall Dept. Stores, 30 AD3d 284 [1st Dept 2006]).
We have considered defendants' remaining contentions and find them unavailing.THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 11, 2024